■ GEORGE BARUSIC, Respondent, v. EDWARD M. FORBES et al., Appellants.— Judgment unanimously reversed on the law and facts, with costs, and petition dismissed, with costs. Memorandum: In our opinion the record shows that the lease was effectively renewed for an additional term of three years. (Appeal from judgment of Erie County Court awarding petitioner possession of certain premises.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. PAUL DAVID MARTURANO, Defendant.— Motion granted and trial of indictment removed from County Court of Oswego County to a term of the Supreme Court to be held in Lewis County. Memorandum: The release and publication of the decision of Oswego County Court denying defendant's motion to suppress (1) certain statements alleged to have been made by him and (2) alleged evidentiary leads (articles of clothing) obtained at the time of such questioning may well have prejudiced defendant's right to a fair trial in the county of venue. Therein the court made detailed findings in favor of the People and against the defendant upon testimony of witnesses called by the respective parties that presented sharp factual issues. It would have been preferable to follow the procedure outlined in *People* v. *La Belle* (44 Misc 2d 324, 327, 330). All concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CLEVESTER BRIGGS, Defendant.— Motion granted and appeal dismissed. Memorandum: Upon the papers presented, defendant's notice of appeal was neither timely served nor filed. Appellant's contention that he was prevented from taking action within the statutory period by prison rules and regulations must be raised in a *coram nobis* proceeding. (Cf. *People* v. *Hairston,* 10 N Y 2d 92.)